**O**

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OSHRI PTITO,<br><br>      Plaintiff,<br><br>  v.<br><br>ERIC H. HOLDER, JR., Attorney General, et al.,<br><br>      Defendants. | Case No. CV 11-07455-ODW (PLAx)<br><br>Order **GRANTING** Defendants' Motion to Remand [16] and **VACATING** Hearing Thereon<br><br>Order **REMANDING** Case to the United States Citizenship and Immigration Services with Instructions |

      Pending before the Court is Defendants Eric H. Holder, Jr.; Janet Napolitano; Alejandro Mayorkas; Jane Arellano; Robert S. Mueller, III; the Department of Homeland Security; the United States Citizenship and Immigration Services ("USCIS"); and the Federal Bureau of Investigations's (collectively "Defendants") Motion to Remand. (Dkt. No. 16.) Having considered the papers filed in support of the instant Motion, the Court deems the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; C.D. Cal. L.R. 7-15. For the reasons discussed below, Defendant's Motion to Remand is **GRANTED**; the January 30, 2012 hearing on the matter is **VACATED**; and the case is hereby **REMANDED** to the USCIS with instructions that the USCIS adjudicate Plaintiff's application within 30 days of this Order.

      Plaintiff Oshri Ptito ("Plaintiff") is a citizen of Israel and has been a lawful

permanent resident of the United States since 2007. (Compl. ¶ 9.) On November 2, 2009, Plaintiff filed an application for naturalization. (*Id.*) On February 22, 2010, Plaintiff underwent a naturalization examination pursuant to 8 U.S.C. § 1446. (*Id.*) On September 9, 2011, Plaintiff filed this action under 8 U.S.C. § 1447(b) seeking a hearing in connection with his naturalization application as a result of Defendants' failure to adjudicate Plaintiff's application within 120 days of Plaintiff's naturalization examination. (Dkt. No. 1.) On January 10, 2012, Defendants filed the instant Motion to Remand on grounds that "USCIS is prepared to adjudicate [Plaintiff's] application for naturalization within 30 days of remand or dismissal of Ptito's complaint." (Mot. at 3.)

Pursuant to 8 U.S.C. § 1447(b), an applicant for naturalization "may apply to the United States district court . . . for a hearing" upon USCIS's failure to make a determination within 120 days following the applicant's naturalization examination. The district court has jurisdiction over such an application either to "determine the matter or remand the matter, with the appropriate instructions, to [USCIS] to determine the matter." § 1447(b).

Defendants here represent that USCIS is prepared to adjudicate Plaintiff's application for naturalization within 30 days of remand. Accordingly, the Court **GRANTS** Defendants' Motion to Remand, and the January 30, 2012 hearing on this matter is **VACATED**. This case is hereby **REMANDED** with instructions that USCIS adjudicate Plaintiff's application within 30 days of the date of this Order.

**IT IS SO ORDERED.**

January 11, 2012

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE